Employee Personal Interview Statement

**US Deparment of Labor**
Employment Standards Administration
Wage and Hour Division

This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.

Date: 6/4/09
Place of Interview: Phone

I, ▓▓▓▓▓▓▓▓▓ of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓

**Statement:**
  TRANSLATION:
I began working at Chapala in ▓▓▓▓ The day that you all came Arturo told me I had to lie or he was going to fire me.
I have read the above and it is true and correct.
Statement translated by: Adam Huggins, WHI

Form WH-31(Rev.Jan. 1989)
B.

EXHIBIT B

37

| Employee Personal Interview Statement | US Department of Labor |
|---|---|
| | Employment Standards Administration |
| | Wage and Hour Division |

This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.

Date: 11/5/09
Place of Interview: Telephone

I, ▮▮▮▮ of ▮▮▮▮

18+ years of age, was by employed Chapala of Olathe, KS,

for the approximate period from ▮▮ to ▮▮

as ▮▮▮▮

**Statement:**
   TRANSLATION
I always worked as ▮▮▮▮ The others were ▮▮▮▮, and another guy who I cannot remember his name. Arturo (I don't know his last name) hired me and told me how much I was going to be paid.
I was paid ▮▮/hour. There were no check stubs. The owner's son, Vicentillo, paid me biweekly. He did not pay on payday, but rather whenever he wanted. I think that the deductions were irregular because they took out too much in taxes.
From Tuesday to Thursday I generally began work at ▮▮ and left at ▮▮. From Friday to Sunday I began working at ▮▮ and I left at ▮▮. I never took a break. I had Mondays off.
I clocked in/out on the time clock. I think these hours were recorded accurately, but they never showed me the [time] card where they added the hours.
I never worked more than 40 hours/week. However, they do not pay overtime to anyone. ▮▮▮▮ always worked more than 40 hours/week, but he never received overtime. He never complained because he didn't have another job.
I did not wear a uniform.
▮▮▮▮ do not remember the others that already left. The dishwashers, cooks, and chip runners began work at 9am, took a two hour break in the afternoon, returned, and worked until 10:30pm (from Monday through Thursday), or 11pm (from Friday through Sunday).
▮▮▮▮ he was a chip runner. ▮▮▮▮ was a chip runner, also. The servers began work at 9am, swept until 10:30am, left to shower, came back at 11am, took a two hour break in the afternoon, and came back to work until the restaurant closed. Sometimes the servers left earlier at 9pm, but no more than one would leave per shift.
I do not want you to use my name because they could do something to me.

Form WH-31(Rev.Jan. 1989)

B:

39

**Employee Personal Interview Statement**

**US Department of Labor**
Employment Standards Administration
Wage and Hour Division

This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.

Date: 11/9/09
Place of Interview: Telephone

I, ▮▮▮▮▮ of ▮▮▮▮▮

18+ years of age, was by employed Chapala of Olathe, KS,

for the approximate period of ▮▮▮▮▮

as ▮▮▮▮▮

**Statement:**
   TRANSLATION
I have always worked as a ▮▮▮▮ I interviewed with Arturo and Vicente, Jr. [Vini]. Vini hired me. Arturo schedules us. The schedule hung isn't right because we do not arrive/leave at those times. The schedule only says for 40 hours/week and we work more [than that]. They supposedly pay us hourly, but we do not know how much per hour. ▮▮▮▮▮

My schedule is: (Monday/Thursday) ▮▮▮▮ (Tuesday) ▮▮▮▮
▮▮▮▮ (Friday/Saturday) I start at ▮▮▮ I take a two hour break in the afternoon, I return and work until ▮▮▮▮, (Wednesday/Sunday) I have off. The schedule varies, for example I now have 8 straight days working without a day off.
I clock in/out on the time clock. These hours are not recorded accurately because they only show 8 hours daily. Arturo and Vini tell us that we have to punch [out] at ▮▮▮ and we stay working until ▮▮▮ The restaurant's hours are (from Sunday to Thursday) 11am-10pm, (Friday and Saturday) 11am-10:30pm.
They do not pay me overtime whenever I work more than 40 hours/week. ▮▮▮▮▮

Arturo and Vini have told us that if we tell you the truth, then they are going to fire us and that we will not be able to get another job around these areas.
All kitchen staff work six days per week. Everyone starts at 9am and leaves at 10/10:30pm with a two hour break daily.
I do not want you to use my name because they will fire me.

Form WH-31(Rev.Jan. 1989)

B:

47

| Employee Personal Interview Statement | US Department of Labor |
|---|---|
| | Employment Standards Administration |
| | Wage and Hour Division |

This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.

Date: 4/14/09
Place of Interview: Establishment

I, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮,

▮ years of age, have been employed by Chapala of Olathe, KS,

for the approximate period de ▮▮▮▮▮▮

as ▮▮▮▮

**Statement:**
   **TRANSLATION:**
I did not have an interview to get this job. Vicente Jr. gave me the job.
I am afraid that they will fire me, so I do not want to talk right now. I will call you when I have a chance.
I have read the above and it is true and correct.
Statement translated by: Adam Huggins, WHI

Form WH-31(Rev Jan 1989)
B:

54

| Employee Personal Interview Statement | US Deparment of Labor |
|---|---|
| | Employment Standards Administration |
| | Wage and Hour Division |

This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.

Date: 9/4/09
Place of Interview: KCDO

I, ▓▓▓▓▓ of ▓▓▓▓▓

▓▓▓ years of age, was by employed Chapala of Olathe, KS,

for the approximate period of ▓▓▓▓▓

as ▓▓▓

**Statement:**
   TRANSLATION:
I have always worked as a ▓▓▓▓▓ I only worked at the restaurant [location] in Olathe. ▓▓▓▓▓
I generally started working at ▓▓▓ a ▓▓▓▓▓
▓▓▓▓▓ I took a 2 hour break in the afternoon ▓▓▓
and I worked until the restaurant closes. I worked 6 days/week, I had Tuesdays off. ▓▓▓
After you all came, they said that they were going to change things. However, it was not so. We continued working the same schedule, except that they put in a time clock. But those hours were not recorded accurately. For example, if you arrive at 9am you cannot clock in until 10am. Vicente, Jr. told us that we could only show 40 hours per week as the maximum on the [time] cards. Or rather, he told us that you have to punch out and continue working so that the [time] card shows 40 hours/week and nothing more.
▓▓▓▓▓ Fridays and Saturdays are the busiest days and you had to work all day. ▓▓▓▓▓
▓▓▓▓▓ Vicente, Jr. paid me a check between ▓▓▓▓▓
every two weeks.
I did not clock in/out before you all came.
I have never received overtime.
I do not want you to use my name.
I have read this and it is correct and true.
Statement translated by: Adam Huggins, WHI

Form WH-31(Rev.Jan. 1989)

B:

74