Luby, Andrea - SOL

**From:** David Alegria <davidalegria@mcwala.com>
**Sent:** Thursday, November 29, 2012 12:35 PM
**To:** Luby, Andrea - SOL
**Subject:** Re: La Familia Corporation

Andrea:

I don't have any notes or recollection of speaking about relying on any documents at trial. I also don't see that there was ever any dispute about our discovery responses.

My understanding is that discovery disputes must be resolved within 30 days of default or presented to the court before the expiration of 30 days. Therefore, I am not sure that I understand your statement about court intervention.

Since we are waiting on decisions on several issues, we are not inclined to start spending time and money again before we receive the decisions.

I suggest that we confer about trial issues once we receive the decisions of the Court.

Thank you

David Alegria

----- Original Message -----
**From:** Luby, Andrea - SOL
**To:** davidalegria@mcwala.com
**Cc:** Whitten, Justin H - SOL
**Sent:** Wednesday, November 28, 2012 11:06 AM
**Subject:** FW: La Familia Corporation

Dear David,

At Adam Huggins' deposition on September 28, 2012, I asked you to supplement your discovery responses by providing up-to-date payroll records for the Chapala Mexican Restaurant owned by La Familia Corporation. You had stated that you intended to rely on such records at trial, but they have not been produced. On October 3, 2012, I sent you a letter asking you to supplement your discovery responses with up-to-date payroll records within ten days. To date, you have not responded to my requests.

I would like to meet and confer with you, preferably by telephone, to resolve this issue without the need for court intervention. Please call me at your earliest convenience.

Andrea Christensen Luby
Senior Trial Attorney
United States Department of Labor
Two Pershing Square Building
2300 Main Street, Suite 1020
Kansas City, Missouri 64108
(816) 285-7270
(816) 285-7287 (fax)
luby.andrea@dol.gov


EXHIBIT C

1

This message may contain information that is privileged or otherwise exempt from disclosure under applicable law. Do not disclose without consulting the Office of the Solicitor. If you think you received this e-mail in error, please notify the sender immediately.

**From:** Curtis, Nancy - SOL
**Sent:** Wednesday, October 03, 2012 10:59 AM
**To:** 'davidalegria@mcwala.com'
**Cc:** Luby, Andrea - SOL; Reynolds, Carla - SOL
**Subject:** La Familia Corporation

Attached is our letter. Please contact me if you have any questions opening these documents. Thank you.

Nancy Curtis, Legal Assistant

For

Andrea Christensen Luby
Trial Attorney
Office of the Solicitor
U.S. Department of Labor
2300 Main Street, Suite 1020
Kansas City, MO 64108
(816) 285-7263
(816) 285-7287 (fax)

CONFIDENTIALITY NOTICE: This e-mail message, including attachments, if any, is intended only for the person or entity to which it is addressed and may contain information that is attorney work product, privileged, confidential and protected from disclosure under applicable law. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and delete the original message from your system.

(816) 285-7260
FAX 285-7287

UNITED STATES DEPARTMENT OF LABOR
OFFICE OF THE SOLICITOR
TWO PERSHING SQUARE BUILDING
2300 MAIN STREET, SUITE 1020
KANSAS CITY, MISSOURI 64108



October 3, 2012

2jaq1004acl

David Alegria
McCullough, Wareheim & Labunker, P.A.
1507 SW Topeka Boulevard
P.O. Box 1453
Topeka, KS 66603

Subject: Secretary of Labor v. La Familia Corporation, Alondra, Inc., Vicente De La Paz, Sr., Vicente De La Paz, Jr., and Arturo De La Paz,
Case No. 10-CV-2400-EFM-GLR
MMS No. 10-33982

Dear Mr. Alegria:

This letter is to follow-up on our conversation after the deposition of Adam Huggins on September 28, 2012. Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, please provide my office with payroll records and other responsive documents since 2009 to supplement your Response to Plaintiff's First Request for Production 1, 4, 5, 16, and 17. See attached. Similarly, please provide any other responsive records from 2007 to 2009.

Please provide the supplemental disclosures within ten days of the receipt of this letter. If you have any questions, feel free to contact me by phone or e-mail.

Sincerely,

H. Alice Jacks
Associate Regional Solicitor

Andrea Christensen Luby
Trial Attorney

Attached: Defendant La Familia Corporation's Response to Plaintiff's First Request for Production of Documents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HILDA L. SOLIS,<br>SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT<br>OF LABOR,<br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>LA FAMILIA CORPORATION, ALONDRA,<br>INC., and VICENTE de la PAZ, SR.,<br>VICENTE de la PAZ, JR., and<br>ARTURO de la PAZ,<br>　　　　　　　　　Defendants. | CIVIL ACTION FILE<br>NO. 2:10-cv-2400 |

### DEFENDANT LA FAMILIA CORPORATION'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

COMES NOW Defendant, La Familia Corporation, and for its response to Plaintiff's First Request for Production of Documents states as follows:

REQUEST NO. 1:       All payroll records reflecting, for each pay period since April 1, 2007, the number of weekly hours worked and rates and amounts of pay for each employee listed in Appendix A to this Request for Production.

ANSWER:

　　　　On April 16, 2009 Anna Berndt provided to Adam Huggins the payroll records for La Familia for the years 2007, 2008 and

through April 2009.

REQUEST NO. 2: If you deny that your annual dollar volume of business was greater than $500,000 for the years 2007, 2008, 2009, 2010, and 2011, provide all documentation showing the annual dollar volume of sales for each year you claim your annual dollar volume of sales was less than $500,000.

ANSWER:

N/A

REQUEST NO. 3: Any and all written messages, notes, memoranda, handbooks, agreements or other documents by which Defendant's employees were informed concerning the basis of their compensation.

ANSWER:

N/A.

REQUEST NO. 4: All records reflecting the basis of compensation for each employee listed in Appendix A to this Request for Production from the date of hire until the date of response to this Request for Production.

ANSWER:

On April 16, 2009 Anna Berndt provided to Adam Huggins the payroll records for La Familia for the years 2007, 2008 and through April 2009.

REQUEST NO. 5: Any and all written messages, notes, memoranda, handbooks or other documents which set forth the scheduled shifts or required work hours for the employees listed in Appendix A to this Request for Production.

ANSWER:

See answer to number 5 above.

REQUEST NO. 6: Memorandum or any other written policy statements or documents of any kind setting forth Defendant's position regarding the payment or non-payment of an overtime premium for hours worked in excess of forty (40) hours per week.

ANSWER:

None.

REQUEST NO. 7: Any writings or documents of any kind relied upon by the Defendant for its failure to pay overtime at the rate of time and one half each employee's regular rate of pay.

ANSWER:

N/A.

REQUEST NO. 8: Written job descriptions for all employees listed in Appendix A to this Request for Production for all workweeks after April 1, 2007.

ANSWER:

None.

REQUEST NO. 9: All federal and state tax forms filed for the years 2007, 2008, 2009, 2010 and 2011.

ANSWER:

Attached.

REQUEST NO. 10: All documents identified by Defendant in its answers to the Plaintiff's Interrogatories or relied upon by

Defendant in responding to said Interrogatories.

ANSWER:

None.

REQUEST NO. 11: All corporate records reflecting corporate ownership, right to control, and division of responsibility among the owners.

ANSWER:

None.

REQUEST NO. 12: All minutes of company or corporate meetings held after April 1, 2007.

ANSWER:

None.

REQUEST NO. 15: Any and all documents reflecting interstate deliveries made by employees of Defendant after April 1, 2007.

ANSWER:

Defendant does not engage in interstate commerce.

REQUEST NO. 16: Any and all written messages, notes, memoranda, handbooks or other documents which set forth the actual weekly hours worked for each employee listed in Appendix A to this Request for Production for all workweeks after April 1, 2007.

ANSWER:

See answer to number 5 above.

REQUEST NO. 17: Any and all timecards filled out by and belonging to each employee listed in Appendix A to this Request for

Production for all workweeks after April 1, 2007.

ANSWER:

See answer to number 5 above.

Respectfully submitted,

MCCULLOUGH, WAREHEIM & LABUNKER,

By: s/David O. Alegria
DAVID O. ALEGRIA, # 13111
P.O. Box 1453
1507 Topeka Boulevard
Topeka, Kansas 66601-1453
(785) 233-2323
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify on the 19th day of December, 2011 Defendant La Familia Corporation's Response to Plaintiff's First Request for Production of Documents was served upon plaintiff by attaching same to an email addressed as follows:

Kim Prichard Flores
flores.kim@dol.gov

Andrea Christensen Luby
luby.andrea@dol.gov

s/David O. Alegria
DAVID O. ALEGRIA